```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
          COUNSEL/PARTIES OF RECORD

         JUL - 7 2014

     CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-CR-0013-RCJ-PAL |
| Plaintiff, | |
| vs. | **CONSENT OF DEFENDANT** |
| JOSE GUADALUPE MARTINEZ-ZUNIGA | |
| Defendant. | |

Defendant, **JOSE GUADALUPE MARTINEZ-ZUNIGA**, having requested permission to enter a plea of guilty, hereby gives written consent to review of the PreSentence Report by the Judge prior to acceptance of plea or plea agreement pursuant to Rule 32(e)(1) of the Federal Rules of Criminal Procedure.

_Martinez Zuniga Jose_
Defendant

_[signature]_                                 _[signature]_
Counsel for Defendant                         Assistant U.S. Attorney

DATED: this 7th day of July, 2014.

APPROVED:

_[signature]_
ROBERT C. JONES
United States District Judge